UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY VASQUEZ et al., <br><br> Defendants. | NO. LA CV 22-06614-VBF-JDE <br><br> **ORDER** <br><br> **Adopting the Report and Recommendation**; **Dismissing the Action With Prejudice;** **Directing Entry of Separate Final Judgment** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge ("Report") and all other documents filed in this action.

Finding no defect of law, fact or logic in the Magistrate Judge's Report, the Court orders as follows:

The Report and Recommendation [Doc #8] is **ADOPTED**.

The amended complaint [Doc #5] is **DENIED**.

The request to proceed without prepayment of the case filing fee [Doc #2] is **DENIED**.

Final judgment consistent with the R&R will be entered by separate document.

This action is dismissed with prejudice and terminated (JS-6).

IT IS SO ORDERED.

DATED: May 18, 2023                                        /s/ Valerie Baker Fairbank

                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE