JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERRY SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO VILLANUEVA, DEPUTY VASQUEZ, LOS ANGELES COUNTY JAIL MEDICAL STAFF, and LA COUNTY JAIL POLICYMAKERS,<br><br>    Defendants. | No. LA CV 22-06614-VBF-JDE<br><br>**FINAL JUDGMENT** |

    IT IS HEREBY ADJUDGED that final judgment is entered in favor of all the defendants and against the plaintiff.

    IT IS SO ADJUDGED.

Dated: May 18, 2023

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge